TANYA E. MOORE, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorney for Plaintiff NATIVIDAD GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOHAMAD ALAMARI, aka MOHAMED ALAMARI, individually and dba DISCOUNT MARKET; MONIRAH ALAMARI, individually and dba DISCOUNT MARKET<br><br>　　　　　Defendants, | Case No.: 1:13-CV-01023-AWI-SAB<br><br>**STIPULATION AND ORDER TO FILE ANSWER/RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT AND TO CONTINUE MANATORY SCHEDULING CONFERENCE** |

WHEREAS plaintiff NATIVIDAD GUTIERREZ ("Plaintiff"), has filed his Complaint in the above captioned matter on July 2, 2013;

WHEREAS plaintiff alleges that he has served defendant MOHAMAD ALAMARI with the Summons and Complaint, by personal service, in this matter;

WHEREAS plaintiff alleges that he has served defendant MONIRAH ALAMARI with the Summons and Complaint, by substitute service in this matter, by leaving the Summons and Complaint with MOHAMAD ALAMARI;

WHEREAS defendant MOHAMAD ALAMARI disputes that he was served with the Summons and Complaint on July 16, 2013;

1

WHEREAS defendant MOHAMAD ALAMARI disputes that he was provided with a copy of the Summons and Complaint on July 16, 2013 for MONIRAH ALAMARI;

WHEREAS, as the parties are stipulating to additional time for the filing of Defendants' responsive pleading, Defendants' responsive pleading, Defendants agree not to dispute whether service was in fact effected;

WHEREAS, a Mandatory Scheduling Conference is currently set in this matter for October 8, 2013;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff NATIVIDAD GUTIERREZ, by and through his attorney, and defendants MOHAMAD ALAMARI and MONIRAH ALAMARI, by and through their attorney, that defendants MOHAMAD ALAMARI and MONIRAH ALAMARI have up to and including October 1, 2013 to file their responsive pleading in this matter. This extension of time is defendant's first extension of time.

IT IS FURTHER STIPULATED that the October 8, 2013 Mandatory Scheduling Conference be continued to a date on or after October 29, 2013 in order to afford Defendants time to appear in this action and meaningfully confer with Plaintiff as required by Federal Rules of Civil Procedure, Rule 26. However, the parties would prefer that the Mandatory Scheduling Conference be rescheduled, if possible.

IT IS SO STIPULATED.

Dated: September 11, 2013              MOORE LAW FIRM, P.C.


                                       /s/ Tanya E. Moore
                                       Tanya E. Moore, Attorneys for Plaintiff
                                       NATIVIDAD GUTIERREZ

Dated: September 11, 2013                TOMASSIAN, PIMENTEL & SHAPAZIAN


                                                            /s/ Larry H. Shapazian
                                                            LARRY H. SHAPAZIAN
                                                            Attorneys for Defendants Mohamad Alamari and Monirah Alamari


## ORDER

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that the defendants MOHAMAD ALAMARI and MONIRAH ALAMARI may have up to and including October 1, 2013 to file their responsive pleading in this matter.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference is continued from October 8, 2013 to October 29, 2013 at 3:30 p.m. in Courtroom #9.  The Parties shall file their Joint Scheduling Report no later than seven (7) days prior to the scheduling conference.


DATED:  **Sep 12, 2013**

                                                            STANLEY A. BOONE
                                                            United States Magistrate Judge