# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No.  1:13-cv-01023-AWI-SAB |
| Plaintiff, | |
| v. | ORDER VACATING FEBRUARY 12, 2014 HEARING |
| MOHAMAD ALAMARI, et al., | |
| Defendants. | |

Plaintiff filed a motion to amend the complaint on January 10, 2014.  (ECF No. 18.) Defendants filed an opposition to the motion on January 29, 2014.  (ECF No. 21.)  The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  <u>See</u> Local Rule 230(g).  Accordingly, the previously scheduled hearing set on February 12, 2014, will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **January 30, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1