1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,                ) No.  1:13-cv-01023-AWI-SAB
                                        )
12              Plaintiff,              ) **STIPULATION FOR DISMISSAL OF**
                                        ) **ACTION;  ORDER**
13        vs.                           )
                                        )
14  MOHAMAD ALAMARI, aka MOHAMED        )
    ALAMARI, individually and dba DISCOUNT )
15  MARKET, et al.,                     )
                                        )
16              Defendants.             )
                                        )
17  _____    )

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1   IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and
2 Defendants Mohamad Alamari aka Mohamed Alamari, individually and dba Discount Market,
3 and Monirah Alamari, individually and dba Discount Market, the parties to this action, by and
4 through their respective counsel, that pursuant to Federal Rule of Civil Procedure
5 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each
6 party is to bear its own attorneys' fees and costs.

8   Date: February 19, 2014                          MOORE LAW FIRM, P.C.

10                                                     */s/ Tanya E. Moore*
                                                       Tanya E. Moore
11                                                     Attorney for Plaintiff
                                                       Natividad Gutierrez
12
13  Date: February 19, 2014                          TOMASSIAN, PIMENTEL & SHAPAZIAN
                                                     A PROFESSIONAL LAW PARTNERSHIP
14
15                                                     */s/ Larry H. Shapazian*
16                                                     Larry H. Shapazian
                                                       Attorneys for Defendants
17                                                     Defendants Mohamad Alamari aka Mohamed
18                                                     Alamari, individually and dba Discount Market,
                                                       and Monirah Alamari, individually and dba
19                                                     Discount Market

20                              **ORDER**

22       The parties having so stipulated,
23       IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
24  Each party shall bear its own attorney's fees and costs.

26  IT IS SO ORDERED.
27  Dated:   February 19, 2014                       _____
28                                                   SENIOR  DISTRICT  JUDGE